# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**55**
**CAF 12-02206**
PRESENT: SCUDDER, P.J., FAHEY, PERADOTTO, CARNI, AND VALENTINO, JJ.

---

IN THE MATTER OF FITZGERALD LONG,
PETITIONER-RESPONDENT-RESPONDENT,

V                                                              ORDER

CARLA DIXON, RESPONDENT-PETITIONER-APPELLANT.

---

MICHAEL J. STACHOWSKI, P.C., BUFFALO (MICHAEL J. STACHOWSKI OF
COUNSEL), FOR RESPONDENT-PETITIONER-APPELLANT.

LINDA M. DIPASQUALE, BUFFALO, FOR PETITIONER-RESPONDENT-RESPONDENT.

ALVIN M. GREENE, ATTORNEY FOR THE CHILD, BUFFALO.

---

Appeal from an order of the Family Court, Erie County (Sharon M.
LoVallo, J.), entered February 24, 2012 in a proceeding pursuant to
Family Court Act article 6.  The order, inter alia, awarded the
parties joint legal custody of the subject child, with petitioner-
respondent having primary physical custody.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  February 7, 2014                    Frances E. Cafarell
                                              Clerk of the Court